UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

CASE NO.:   18-51344-LRC

DEBTOR:   STEPHANIE ROCHELLE BENNETT

At the hearing on Confirmation held on April 17, 2018, Trustee requested that the hearing be reset to June 5, 2018.  However, Trustee also announced an agreement that if Debtor failed to file proposed Plan amendment(s) within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Debtor has failed to file any amendments.

Please enter an Order of Dismissal.

Dated:  This the ___3___ day of May, 2018.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                    )            CHAPTER 13

STEPHANIE ROCHELLE BENNETT                                )
                                                          )            CASE NO.: 18-51344-LRC
                                                          )
                                                          )
                    DEBTOR.                               )

18-51344-LRC                        **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

        DEBTOR(S):

        STEPHANIE ROCHELLE BENNETT
        2825 NORTHEAST EXPY NE APT N4
        ATLANTA, GA  30345

        DEBTOR(S) ATTORNEY:

        THE SEMRAD LAW FIRM, LLC
        STERLING POINT II
        SUITE 201
        303 PERIMETER CENTER NORTH
        ATLANTA, GA  30346

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of
same in a properly addressed envelope with adequate postage thereon.

May 3 ,2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450